## ROBERT SMART
### v.
## JEAN BAPTISTE BEAUGRAND

### 1806

#### JOURNAL ENTRIES

| | | | |
|---|---|---|---|
| 1. Appearance . . . . . . . . . . . | *Journal, infra,* *p. | 17 |
| 2. Declaration filed; rule to plead . . . . . . . . | " | 31 |
| 3. Rule to plead . . . . . . . . . . . . . | " | 39 |
| 4. Judgment . . . . . . . . . . . . . | " | 53 |

#### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . . .

## MARIE ANGELIQUE DEMERS
### v.
## THOMAS KNAGGS

### 1806

#### JOURNAL ENTRIES

| | | | |
|---|---|---|---|
| 1. Appearance . . . . . . . . . . . | *Journal, infra,* *p. | 17 |
| 2. Declaration filed; rule to plead . . . . . . . . | " | 31 |
| 3. Plea filed; rule for replication . . . . . . . . | " | 39 |
| 4. Judgment . . . . . . . . . . . . . | " | 50 |

#### PAPERS IN FILE

[None]